## GREENWOOD FOREST PRODUCTS, INC.,
*Appellant,*

*v.*

## GREENWOOD INTERNATIONAL, INC.,
*Respondent.*

(A8910-05935; CA A65333)

814 P2d 531

Brien F. Hildebrand, Beaverton, argued the cause for appellant. With him on the brief were Larry D. Moomaw and Moomaw, Miller & Reel, Beaverton.

Joseph D. Cohen, Portland, argued the cause for respondent. With him on the brief was Stoel Rives Boley Jones & Grey, Portland.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Plaintiff appeals from the dismissal of its declaratory judgment action by which it sought to enjoin arbitration proceedings under the parties' contract. The decisive issues and the disposition are the same as in *Greenwood International v. Greenwood Forest Prod.*, 108 Or App 74, 814 P2d 528 (1991).

Affirmed.